THE FiFth DISTRICT COURT OF Appeals
STATE OF TEXAS
DALLAS

RECEIVED
Court of Appeals

MAY 1 8 2015

Lisa Matz
Clerk, 5th District

AARON Michael Reeves
RELATOR

V.

Keith Gary, Sheriff
OF Grayson County

CAUSE NO. 065573, 065574
065572

Application
For Petition For writ OF
Mandamus

NOW COMES Relator AARON Michael Reeves, Applicant
seeks to move this Honorable Appellate Court
to issue A extraordinary writ OF mandamus
compelling THE Honorable Keith Gary Sheriff OF
Grayson County, STATE OF Texas,

To discharge his sworn duty and constitutional
obligation to guarantee safekeep For the Sex
OFFender population confined within Grayson
County Jail, For which I am A class member

Relevant Procedural History

Applicant is confined pursuant to a Criminal Indictment No. 065573, 065574, 065572 Filed in 397th Judicial District Court, in the County of Grayson State of Texas, on or about April 24, 2013 was charged with AEB Assault w/ child, Failure to register as a sex offender. (2) counts.

Affidavit of Fact

On March 27th 2015, Applicant was booked into Grayson County Jail (GCJ) and housed in F block. F block + E-block were designed as special custody needs unit for sex offenders. These two blocks are located on this jails second floor, in the most remote section of the jail, providing this class of detainee the most secure housing possible to address the inherent safety needs associated with this class of prisoner.

On May 8th 2015, Applicant along with Twenty-one (21) other members of the sex offender class of prisoner housed within GCJ were arbitrarily moved to block 1-A. This dormitory setting is on the first floor of GCJ and located in a high traffic area of this jail, and the first housing unit along the main corridor with 4 additional blocks.

(2)

Every single inmate, trustee, and guard passes this corridor frequently throughout the day, exposing this class of prisoner to verbal and non-verbal taunts, leading to the potential of physical altercations that are exacerbated by the current visitation accommodation, where those whom initiate verbal and non-verbal taunts are physically face to face.

This capricious movement of this Relator and other members of the sex offender class from the most remote housing units to the most visible housing unit has posed a significant risk of harm to their mental and physical well-being.

The current housing situation has been aggravated by the employees of GCJ who have divulged confidential inmate information of the sex offender class to the inmates housed in the adjacent housing units, jail trustees, and other employees, enhancing the likelihood for the potential of harm to this Relator and other members of this class, of prisoner. Relator would like to bring to this court's attention the fact that grievances have been filed with GCJ to address these concerns- GCJ has failed to address these concerns with a indifferent posture of silence

(3)

THE indifferent approach of GCJ Authorities to these serious safety needs of this class of prisoner has warranted such extraordinary appeal to this Honorable Appellate Court. Applicant being a member of this class along with other members of said class are presented with a extremely dangerous set of circumstances.

Relator as a member of the sex offender class looks to this court to ensure the integrity of his safety as well as others, members of this class by seeking a order from this Honorable Appellate court, compelling GCJ officials to house this Relator and other similarly situation sex offenders in an area that doesn't expose this class to elevated levels of harm.

I declare under penalty of perjury all facts presented in this motion are true and correct

Aaron Reeves 5/12/2015
MR. AARON MICHAEL REEVES #84875

## Application To Proceed
## In Forma Paupers

I Aaron Michael Reeves, declare and say that I am the Relator/Applicant in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for filing fee. I believe I am entitled to relief.

_____ 84875
Aaron Michael Reeves
                    5/12/2015

U.S. POSTAGE >> PITNEY BOWES

ZIP 75090
02 1W
0001383988 MAY 13 2015

$ 000.48⁰

Legal
Mail

Mr Aaron Reeves # 84875
Grayson County Jail
200 S. Crockett, St
Sherman, Texas 75090

// Fifth Court of Appeals
Clerk of the Court
George L. Allen Sr, Courts Bldg.
600 Commerce St, Ste # 200
Dallas, Tex 75202 -4658

Legal
Mail